IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO. 4:25-CV-00092-BO-RJ

| | | |
|---|---|---|
| BTW GLOBAL, INC.<br>Plaintiff,<br><br>v.<br><br>TODD C. SPOTZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | **AFFIDAVIT OF MADISON B. WALLER** |

Madison B. Waller affirms that she is an attorney for the Plaintiff in the above-entitled action and declares and affirms the following:

1. On May 23, 2025, Defendant Todd C. Spotz was duly served with copies of a Summons in a Civil Action, Complaint, Notices of Appearance of Joseph A. Schouten and Madison B. Waller, Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest In Litigation (collectively, "Pleadings"), in this action within the Eastern District of North Carolina. (D.E. 6). Service of process was perfected on Defendant Todd C. Spotz and was obtained pursuant to Rule 4 of the Federal Rules of Civil Procedure;

2. That the time within which Defendant Todd C. Spotz may answer or otherwise move at to the Complaint has expired;

3. That Defendant Todd C. Spotz has not answered or otherwise moved;

4. That the time for Defendant Todd C. Spotz to answer or otherwise move has not been extended;

5. That Defendant Todd C. Spotz is not an infant or an incompetent person;

6. That Defendant Todd C. Spotz is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this the 18th day of June, 2025.

Madison B. Waller

Madison B. Waller
N.C. State Bar I.D. No.: 51049
email: mbwaller@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5592
Facsimile: 252.672.5477
Attorneys for Plaintiff

CRAVEN COUNTY, NORTH CAROLINA STATE

Sworn to (or affirmed) and subscribed before me this day by

Date: June 18, 2025

Glenn A. Baker

*Signature of Notary Public*

*(Official Seal)*

GLENN A BAKER
NOTARY
PUBLIC
CRAVEN COUNTY, NC

My commission expires:

5-18-2027