IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:25-CV-00092-BO-RJ

| | | |
|---|---|---|
| BTW GLOBAL, LLC,<br><br>Plaintiff<br><br>v.<br><br>TODD C. SPOTZ,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ENTRY OF DEFAULT AGAINST DEFENDANT TODD C. SPOTZ** |

THAT WHEREAS, it has been made to appear to the undersigned Clerk, upon affidavit or otherwise, that Defendant Todd C. Spotz has failed to plead and that the defaulting Defendant is neither an infant nor incompetent person, and that Defendant is not in the military service of the United States; and that said Defendant is otherwise subject to default judgment as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against Todd C. Spotz, the Defendant in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 21 day of July, 2025.

Peter A. Moore, Jr., Clerk