IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-cv-00092-BO-RJ

| | |
|---|---|
| BTW GLOBAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TODD C. SPOTZ,<br><br>Defendant | **DEFENDANT'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT** |

Defendant Todd Spotz ("Spotz") hereby moves the Court to vacate the Clerk's Entry of Default (D.E. 10) because Spotz was not served with the Complaint and Summons as required under Fed. R. Civ. P. 4. A supporting memorandum is submitted in conjunction herewith.

Dated: September 22, 2025

Respectfully submitted,

By: /s/ Joshua D. Martin

Joshua D. Martin
JOHNSON & MARTIN, P.A.
525 North Tryon Street, Suite 1600
Charlotte, North Carolina 28202
Telephone: (704) 899-5785
josh.martin@johnsonmartinlaw.com
North Carolina Bar No. 46591
*Local Civil Rule 83.1(d) Attorney for Defendant*

By: /s/ Joseph Shapiro

Joseph Shapiro
Shapiro IP Law
138 E. 12300 South, Unit 334
Draper, Utah 84020
Telephone: (801) 921-1136
jshapiro@shapiro-ip.com
Utah State Bar No. 13584
*Notice of Special Appearance forthcoming*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been filed through the Court's CM ECF electronic filing system this 22nd day of September, 2025.

/s/ Joshua D. Martin
Joshua D. Martin, Esq.

Joseph A. Schouten
N.C. State Bar I.D. No.: 39430
email: docket@wardandsmith.com*
email: jas@wardandsmith.com**
Madison B. Waller
N.C. State Bar I.D. No.: 51049
email: mbwaller@wardandsmith.com**
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177

*Attorneys for Plaintiff*